**SANY HEAVY INDUSTRY CO., LTD.,**
Sany America, Inc., Appellants

v.

**INTERNATIONAL TRADE COMMISSION,**
Appellee

Manitowoc Cranes, LLC, Intervenor

2015-1780

United States Court of Appeals,
Federal Circuit.

October 11, 2016

RORY JEFFREY RADDING, Locke Lord LLP, New York, NY, argued for appellants. Also represented by BRYAN GUY HARRISON, Atlanta, GA; MICHAEL DAVID BEDNAREK, Washington, DC.

AMANDA PITCHER FISHEROW, Office of the General Counsel, United States International Trade Commission, Washington, DC, argued for appellee. Also represented by WAYNE W. HERRINGTON, DOMINIC L. BIANCHI.

DAVID G. WILLE, Baker Botts, LLP, Dallas, TX, argued for intervenor. Also represented by THOMAS ROONEY, L. GENE SPEARS, Houston, TX.

(Lourie, Dyk, and O'Malley, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**